[No. 7286–6–II. Division Two. December 5, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN E. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 83–1–00001–7, Carol A. Fuller, J., entered August 23, 1983. *Reversed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[Nos. 12027–1–I; 12363–7–I. Division One. December 9, 1985.]

MALL, INCORPORATED, *Respondent,* v. THE BARTELL DRUG COMPANY, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 82–2–00142–2, Norman W. Quinn, J., entered July 19, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Grosse and Webster, JJ.

[No. 13097–8–I. Division One. December 9, 1985.]

ELISABETH PIRRIE, *Appellant,* v. THE CIVIL SERVICE COMMISSION OF THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–07603–5, David W. Soukup, J., entered March 31, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Scholfield, A.C.J., and Cole, J. Pro Tem.